ATTN: Mr. Abel Acosta, Clerk
Court of Criminal Appeals of Texas
Office of The Court Clerk
P.O. Box 12308, Capitol Station
Austin, Texas 78711

71,548-12

03-13-2015

Mr. Earl D. Cooper #1541308
TDCJ Wayneescott Unit
6999 Retrieve Road
Argleton Texas 77515.

RE: Mandamus in Earl D. Cooper Vs. Jason C. Lynch Cause No.52,019E:
WR-71-548-12.,

Dear Mr. Acosta sir,

    This is to inform the Honorable Court And Court Clerks office, I have been re-assigned to the above Address, please Forward Any Court's responses to My New current Address. Thank you.

Respectfully Submitted
Earl D. Cooper #1541308
Petitioner prose

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 18 2015

Abel Acosta, Clerk

Page 1 of 1  c.c